**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAMES KAISER AND TAMMY GAUCHER | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 3:12-cv-1702-SRU |
| | ) | |
| v. | ) | |
| | ) | |
| PLAZA RECOVERY, INC. | ) | FEBRUARY 21, 2013 |
| Defendant. | ) | |
| | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, James Kaiser and

Tammy Gaucher, through their attorney, hereby give notice that the claims of the

above-entitled action shall be dismissed with prejudice, and without costs or attorney's

fees.

**PLAINTIFFS, JAMES KAISER AND TAMMY GAUCHER**

By:  /s/Daniel S. Blinn
      Daniel S. Blinn (ct02188)
      Consumer Law Group, LLC
      35 Cold Spring Rd, Suite 512
      Rocky Hill, CT  06067-9997
      dblinn@consumerlawgroup.com
      Tel (860) 571-0408
      Fax (860) 571-7457

2

## **CERTIFICATION**

I hereby certify that on this 21st day of February, 2013, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/Daniel S. Blinn
Daniel S. Blinn